In the Matter of the Claim of JOHN COSTALO, Respondent, v. GREAT EASTERN ELEVATOR CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award modified by deducting therefrom the payment, made October 26, 1926, of $1,000, and as so modified affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of OTTO HAILER, Respondent, v. ERIE RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of STELLA KELLY, Respondent, v. ERNEST STRINGHAM and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of JACOB BEATTY, Respondent, v. LUCKEY PLATT COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ROSE TUCKER, Appellant, v. THELMA FRIEDMAN and Others, Respondents.— Motion granted, with ten dollars costs, unless appellant perfects appeal within thirty days, and is ready to argue case at the March order and general [calendar] term, and pays said costs, in which event motion is denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of Proving the Last Will and Testament of SAMUEL LINDENBAUM, Deceased.— Motion granted, with ten dollars costs, unless the appellant perfects appeal within thirty days, and is ready to argue case at the March order and general calendar term, and pays said costs, in which event motion is denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

EDITH E. STILES, Respondent, v. CHARLES C. ANNABEL, Appellant.— Motion denied, with ten dollars costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

HELEN E. JUDSON, Administratrix, etc., of DAVID HENRY JUDSON, Deceased, Respondent, v. JOHN FIELDING and THE COLONIAL MOTOR COACH CORPORATION, Appellants.— Motion of defendant Fielding for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

THE TROY UNION RAILROAD COMPANY, Appellant, v. THE CITY OF TROY, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Application of AGNES V. BIRMINGHAM, Petitioner, for a Certiorari Order against FRANK P. GRAVES, as State Commissioner of Education, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.